No. 80–2166.   TABEROFF *v.* FARMERS GROUP, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–2167.   LAMB *v.* CONNECTICUT GENERAL LIFE INSURANCE CO.   C. A. 3d Cir.   Certiorari denied.

No. 80–2168.   MEDICO *v.* TIME, INC.   C. A. 3d Cir.   Certiorari denied.

No. 80–2173.   LIPMAN *v.* LEECH, ATTORNEY GENERAL OF TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.

No. 80–2174.   MASON *v.* ZAHRADNICK, PENITENTIARY SUPERINTENDENT.   C. A. 4th Cir.   Certiorari denied.

No. 80–2176.   HAGOPIAN *v.* TREFRY ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 80–2180.   MCROBERTS PROTECTIVE AGENCY ET AL. *v.* ARBEENY ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–2183.   CLARK *v.* WILSON.   Sup. Ct. Ill.   Certiorari denied.

No. 80–2184.   SINDELL, LOWE & GUIDUBALDI ET AL. *v.* ATTORNEY GENERAL OF OHIO.   C. A. 6th Cir.   Certiorari denied.

No. 80–2185.   PARIS ET AL. *v.* PROFIT SHARING PLAN OF HOWARD B. WOLF, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–2186.   BOYD *v.* WESTERN ELECTRIC ET AL.   C. A. 3d Cir.   Certiorari denied.